IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | Case No.:   5:13-CR-3747-WJ |
| ) | |
| vs.  ) | |
| ) | |
| **BRIAN ACUNA,**  ) | |
| ) | |
| Defendant.  ) | |

## UNITED STATES' UNOPPOSED MOTION TO RESET FINAL HEARING RE: REVOCATION OF SUPERVISED RELEASE

The United States respectfully moves this Court to reset the Final Hearing re: Revocation of Supervised Release currently set for September 26, 2025. As grounds, the United States provides:

1. This Honorable Court originally scheduled this hearing for September 10, 2025. On September 4, 2025, the hearing was rescheduled to September 26, 2025. Counsel for the United States is not available on the new date of the hearing and requests a quick reset to a new date.

2. Defense counsel does not oppose the relief requested in this motion.

**WHEREFORE**, the United States respectfully requests that the Court enter an order continuing the September 26, 2025 Final Hearing re: Revocation of Supervised Release.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*Electronically filed on September 8, 2025*
RACHEL EAGLE
Assistant United States Attorney
201 3rd Street, Suite 900
Albuquerque, New Mexico 87102
(505) 346-6862

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I filed the foregoing document electronically through the CM/ECF system. Pursuant to the CM/ECF Administrative Procedures Manual, §§ 1(a), 7(b)(2), such filing is the equivalent of service on parties of record.

_____/s/_____
RACHEL EAGLE
Assistant United States Attorney

2