PROB 22
(Rev. 01/24)

DOCKET NUMBER *(Tran. Court)*

5:13-CR-03747-001WJ

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Michael Montoya** <br> ████████████ | District Of New Mexico | Albuquerque |

NAME OF SENTENCING JUDGE

The Honorable Judge William Paul Johnson

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 07/18/2025 | 07/17/2035 |

OFFENSE
Count 1: 21 U.S.C. § 846 - Conspiracy To Violate 21 U.S.C. § 841 (b)(1)(A)
Count 5: 18 U.S.C. § 1957 - Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Michael Montoya has stable residence and employment in the Northern District of Texas and has no ties to the District of New Mexico. Mr. Montoya intends to remain in the Northern District of Texas and as such transfer of jurisdiction is respectfully being requested to better address any future issues more efficiently.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____New Mexico____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Northern District of Texas____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

____July 16, 2026____
*Date*

____/s/ William P. Johnson____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Texas____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

____8/4/2026____
*Effective Date*

____[signature]____
*United States District Judge*

1